**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

ROGER KING,

      Plaintiff,

  v.

ANGIELEA HENRY; PHYLLIS ALLEN; and
DR. GARDNER,

      Defendants.

CIVIL ACTION NO.: 6:15-cv-17

**O R D E R**

Presently before the Court are Plaintiff's Objections, (doc. 45), to the Magistrate Judge's June 16, 2016 Report and Recommendation, (doc. 40). Plaintiff objects to the Magistrate Judge's conclusion that Plaintiff is not entitled to injunctive relief at this time. (Doc. 45, pp. 4–5.) After an independent and *de novo* review of the entire record, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **OVERRULES** Plaintiff's Objections. Consequently, the Court **DENIES as moot** Plaintiff's Motion for Emergency Injunction, (doc. 34).

Plaintiff also objects to the Magistrate Judge's denial of Plaintiff's Motion for Appointment of Counsel. (Doc. 45, pp. 5–7.) The Magistrate Judge's conclusion that Plaintiff is not entitled to the appointment of counsel is not clearly erroneous, nor is it contrary to law. Fed. R. Civ. P. 72(a). Consequently, the Court **OVERRULES** Plaintiff's Objection on this front as well, and the June 16, 2016, Order, (doc. 41), remains the Order of the Court.

**SO ORDERED**, this _17th_ day of ___August_____, 2016.

_____

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA