IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ROGER KING, | |
| Plaintiff, | CIVIL ACTION NO.: 6:15-cv-17 |
| v. | |
| ANGIELEA HENRY; PHYLLIS ALLEN; and DR. GARDNER, | |
| Defendants. | |

## **O R D E R**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 48), to which Defendants failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Defendants' Motion to Dismiss, (doc. 27), **LIFTS** the stay of discovery previously imposed, (doc. 29), and **DIRECTS** the Clerk of Court to enter an appropriate Scheduling Notice once all three Defendants have filed their Answers to Plaintiff's Complaint.

**SO ORDERED**, this 25th day of October, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA