IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ROGER KING, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. |
| | )   6:15-CV-17 |
| ANGELIA HENRY; PHYLLIS ALLEN; | ) |
| DR. GARDNER; WARDEN DOUG | ) |
| WILLIAMS and WARDEN STANLEY | ) |
| JACKSON | ) |
|     Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT OF
## DEFENDANTS GARDNER, HENRY AND ALLEN

COME NOW, Defendants Gardner, Henry and Allen, by and through counsel, Attorney General for the State of Georgia, and submit this Motion for Summary Judgment. Defendants Gardner, Henry and Allen submit, pursuant to Rule 56 of the Federal Rules of Civil Procedure, that there are no genuine issues of material fact and that they are entitled to Judgment as a matter of law. This Motion is based upon the attached brief and Statement of Material Facts, and evidentiary material filed with this motion.

Respectfully submitted this 18th day of April, 2017.

                                        CHRISOPHER M. CARR 112505
                                        Attorney General
                                        KATHLEEN M. PACIOUS 558555
                                        Deputy Attorney General
                                        DEVON ORLAND 554301
                                        Senior Asst. Attorney General

                                        /s/Andrew M. Magruder
                                        ANDREW M. MAGRUDER
                                        Special Assistant Attorney General
                                        Georgia Bar Number 465710

Wilkinson and Magruder, LLP
2 George C. Wilson Court
Augusta, Georgia 30909
(706) 737-0771; amm@wmssd.net
(706) 737-0591 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed **MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS GARDNER, HENRY AND ALLEN** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the all CM/ECF parties of record.  I hereby certify that today I have also mailed by United States Postal Service the document to the following non-CM/ECF participants:

Roger King
GDC Number 119098
Smith State Prison
P.O. Office 726
Glennville, GA 30427

This the 18th day of April, 2017.

s/Andrew M. Magruder
Georgia Bar No. 465710
Special Assistant Attorney General
2 George C. Wilson Court
Augusta, Georgia 30909
(706) 737-0771
amm@wmssd.net