IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROGER KING, Plaintiff,

V.

ANGELIA HENRY; PHYLLIS ALLEN;
DR. GARDNER; WARDEN DOUG
WILLIAMS AND STANLEY WILLIAMS,
          Defendants.

CIVIL ACTION NO.
6:15-CV-17

## SUPPLEMENTAL FILING

COME NOW, Plaintiff, (Plf) KING, Pro se and show the following as to no genuine issue of any material fact, there is discretion to deny summary judgment when it appears that there is no genuine as to any material fact, Kennedy v. Silas Mason Co. 334 U.S. 249, 256-257 (1948). Rule 56(e)(2).

Recommended test before treatment by Gilead Sciences Inc. EX. 1.

1. Plf. Dec. para 1. Georgia Department of Correction (GDC) is contrary to makers of HARVONI. (Defs. EX. DD), Checklist Hep c Pre-Therapy. 4-21-16.

2. Plf. Dec. EX. 2. para 2. Preparation time typically takes four weeks prior to beginning treatment, in contrast to (GDC) four or two years. (Def's Aff; para 10. EX. B. J.)

-1-

## CONLUSION

Wherefore for the foregoing reasons within Plaintiff pary this Honorable court deny Defendant's motion for summary judgement and grant him the relief he seeks and all other relief the court deems ~~appropr~~ appropriate.

Respectfully Submitted
Roger King pro se.

## CERTIFICATE OF SERVICE

I do hereby certify I have this day served Defendants counsel true and correct copies of: Supplemental filing of (1) A Declaration, and (2) Judicial Notice, prior to filing the same, by placing them in SSP indigent Mail, properly addressed upon: s/Andrew M. Magruden
Special Assist, Atty Gel
2 George C. ~~Court~~ Wilson Court
Augusta, Ga 30909
This 16 day of May 2017

Roger King 119098
Smith State Prison
P.O. Box 726
Glennville, Ga 30427

-2-