IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROGER KING,

    Plaintiff,

v.

ANGIELEA HENRY; PHYLLIS ALLEN; and
DR. GARDNER,

    Defendants.

CIVIL ACTION NO.: 6:15-cv-17

# ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 70), to which Plaintiff filed Objections, (doc. 71). In his Objections, Plaintiff essentially voices his displeasure with the Magistrate Judge's factual findings and application of those facts to the controlling case law. The Court's review of the entire record, including all of the parties' filings and the Magistrate Judge's Report and Recommendation, indicates the Magistrate Judge's findings of fact and resulting application of relevant case law to those facts are correct. It appears Plaintiff confuses not having received what he deems to be proper and more prompt treatment for his Hepatitis C with having received no medical care and treatment at all. However, as the record bears, no rational juror could find Defendants were deliberately indifferent to Plaintiff's Hepatitis C throughout the course of his incarceration at Smith State Prison. (See Doc. 70, pp. 6–21.)

The Court **OVERRULES** Plaintiff's Objections, and accordingly, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendants' Motion for Summary Judgment, **DENIES** Plaintiff's Partial Motion for

Summary Judgment, and **DISMISSES** Plaintiff's Complaint. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 6th day of March, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA