# United States District Court
## Southern District of Georgia

ROGER KING,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 615-017

ANGIELEA HENRY; PHYLLIS ALLEN; and DR. GARDNER,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 6, 2018 adopting the Report and Recommendation as the opinion of the Court, that Plaintiff's objections are overruled and his Complaint is dismissed. The Court grants Defendants' Motion for Summary Judgment, and Plaintiff is denied in forma pauperis on appeal. This case stands closed.

3/6/2018
*Date*

Scott L. Poff
*Clerk*

*Jamie Hodge*
*(By) Deputy Clerk*