FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 JUL 23 AM 11: 13

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROGER KING, )
)
    Plaintiff-Appellant, )
)
vs. ) Case No. CV 615-17
)
ANGIELEA HENRY; PHYLLIS ALLEN; and )
DR. GARDNER, )
)
)
    Respondent-Appellees. )

ORDER

The motion of appellant for a certificate of appealability having been denied and the motion of appellant for leave to proceed on appeal in forma pauperis having been denied as being frivolous in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 23rd day of July, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA